AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

SAMMY LEWIS JOHNSON,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER: **3:04-CV-0224-RLH-VPC**

E.K. McDANIEL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (Document #10) is DENIED.

| | |
|---|---|
| July 16, 2008 | **LANCE S. WILSON** <br> Clerk |
| | /s/ Katie Lynn Ogden <br> Deputy Clerk |