UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMMY LEWIS JOHNSON,                )  |   |
|                         )  |   |
|             Petitioner,          )  | 3:04-cv-0224-RLH-VPC |
|                         )  |   |
| vs.                       )  |   |
|                         )  | **ORDER** |
| E.K. McDANIEL, *et al.*,          )  |   |
|                         )  |   |
|             Respondents.         )  |   |
|                         )  |   |
| _____)  |   |

       This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254, by Sammy Johnson, a Nevada prisoner. The petition was denied and that action closed July 16, 2008. Petitioner has appealed and his petition for certiorari to the United States Supreme Court was denied on October 4, 2010.  Petitioner now comes before the Court on a document entitled: "Request: Opinion and Deposition of Order."  (ECF No. 52.)  In this Request, petitioner apparently seeks the Court's opinion and explanation as to why and how the Court came to the conclusion that petitioner was not the shooter for the attempted murder charge, citing to the Order filed July 16, 2008, p. 10. Petitioner offers no explanation for his request or grounds upon which the Court may be bound to grant the request.  Petitioner is invited to reread the Court's order to discern its meaning.

1       As this matter has been fully and finally litigated and all courts having found no relief is warranted, the request (ECF No. 52) is **DENIED.**

**IT IS SO ORDERED.**

Dated this  13th  day of May, 2011.

                                                                  _____
                                                                    UNITED STATES DISTRICT JUDGE